IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LARRY BASEMORE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 16-cv-562-SMY-RJD |
| KENT BROOKMAN, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

**DALY, Magistrate Judge:**

This matter is before the Court on Plaintiff's Motion to Establish Video Conference between Plaintiff's Expert Witness and Plaintiff (Doc. 76). Defendants' filed a Response (Doc. 78). Plaintiff filed a Reply (Doc. 79). Plaintiff seeks permission to use the video conferencing system at Menard Correctional Center so that Plaintiff's expert can conduct an interview with Plaintiff to evaluate the effects of solitary confinement. Defendants object to the use of the video conferencing system for the interview because there is limited video availability at Menard and allowing the use of the video system for expert evaluations would put additional strain on Menard's ability to provide necessary video support for court appearances and depositions.

While the Court recognizes the use of the video conferencing system for this expert evaluation may place an additional strain on the system, in this case it is justified. Plaintiff's expert is in Massachusetts, and requiring the expert to travel to Menard would cause Plaintiff's counsel (and potentially the Court) to incur significant cost which can be avoided by the use of video conferencing. To disallow the use of video conferencing would likely result in Plaintiff

being prevented from utilizing an expert. Defendants are **DIRECTED** to allow the use of the video conferencing system at Menard for an interview between Plaintiff and Plaintiff's expert witness. The parties shall arrange for the interview to take place prior to the March 1, 2019 deadline to disclose expert witnesses. If the parties cannot arrange for the interview to occur prior to March 1, 2019, the parties shall jointly file a motion for extension of the deadline to disclose experts.

**IT IS SO ORDERED.**

**DATED: February 11, 2019**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**